**E-FILED**
Monday, 15 August, 2005  11:23:41 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| FREDERICK D. MCGEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 03-4045 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### <u>O R D E R</u>

Now before the Court is Petitioner Frederick D. McGee's Notice of Appeal, which the Court construes as a Motion for Certificate of Appealability.  As amended by the Antiterrorism and Effective Death Penalty Act of 1996, 28 U.S.C. § 2255 now requires the issuance of a certificate of appealability prior to obtaining appellate review.  A certificate may only issue if the applicant makes a substantial showing of the denial of a constitutional right.  The certificate must specify what issue(s) merit appellate review.

In the case at bar, McGee sought collateral review of his conviction and sentence based on claim that his appointed counsel provided constitutionally defective representation.  However, the Court made detailed findings as to why each of McGee's claims were without merit, and specifically found that the representation by McGee's counsel was more than adequate under the Sixth Amendment.  Thus, the Court cannot find that McGee has made a substantial showing of the denial of a constitutional right as no claims raised before this Court come close to presenting issues debatable among jurists of reason under the present state of the law.  Finding no issue in this proceeding which warrants appellate review, the Court cannot in good faith issue a certificate of appealability

for McGee's § 2255 Motion. Accordingly, his Motion for Certificate of Appealability is DENIED.

ENTERED this 12th day of August, 2005.

                                                      _____s/ Michael M. Mihm_____
                                                                 Michael M. Mihm
                                                          United States District Judge